IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 05-00309-01-CR-W-HFS |
| SHONDELL E. INGRAM, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE**

Pursuant to the order of the Court en banc of the United States District Court for the Western District of Missouri, a pretrial conference was held in the above-entitled cause before me on March 8, 2006. Defendant Ingram appeared in person and with appointed counsel Travis Poindexter. The United States of America appeared by Assistant United States Attorney Rudolph Rhodes, IV.

*I.     BACKGROUND*

On August 30, 2005, an indictment was returned charging Defendant with being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1) and 924(a)(2).

The following matters were discussed and action taken during the pretrial conference:

## II. TRIAL COUNSEL

Mr. Rhodes announced that Stefan Hughes will be the trial counsel for the government.

Mr. Poindexter announced that he will be the trial counsel for Defendant Ingram.

## III. OUTSTANDING MOTIONS

There are no pending motions in this case.

## IV. TRIAL WITNESSES

Mr. Rhodes announced that the government intends to call eleven witnesses without stipulations or eight witnesses with stipulations during the trial.

Mr. Poindexter announced that Defendant Ingram intends to call one witness during the trial. Defendant may testify.

## V. TRIAL EXHIBITS

Mr. Rhodes announced that the government will offer approximately thirteen exhibits in evidence during the trial.

Mr. Poindexter announced that Defendant Ingram will offer approximately ten exhibits in evidence during the trial.

## VI. DEFENSES

Mr. Poindexter announced that Defendant Ingram will rely on the defense of general denial.

## VII. POSSIBLE DISPOSITION

Mr. Poindexter stated this case may be for trial.

## VIII. STIPULATIONS

Stipulations are not likely.

## IX. TRIAL TIME

Counsel were in agreement that this case will take one and a half days to try.

## X. EXHIBIT LIST, VOIR DIRE AND INSTRUCTIONS

The U. S. Magistrate Judge ordered:

That, in addition to the requirements of the Stipulations and Orders filed September 16, 2005, counsel for each party file and serve a list of exhibits he intends to offer in evidence at the trial of this case on the form entitled Exhibit Index and have all available exhibits premarked using the stickers provided by the Clerk of Court by **Friday March 10, 2006**;

That counsel for each party file and serve requested jury voir dire examination questions by or before noon, **Wednesday, March 15, 2006**;

That counsel for each party file and serve, in accordance with the requirements of Local Rule 51.1, requested jury instructions by or before noon, **Wednesday, March 15, 2006**. Counsel are requested to provide proposed jury instructions in both hard copy form, as required by Local Rule 51.1, and, if available to counsel, 3 and 1/2 inch computer disk in a form compatible with WordPerfect 9.0, 10.0, or 11.0.

## XI. UNUSUAL QUESTIONS OF LAW

Motions in limine have been filed regarding prior convictions and bad act evidence. There are no unusual questions of law.

## XII. TRIAL SETTING

All counsel and the defendant were informed that this case will be listed for trial on the joint criminal jury trial docket which commences on March 20, 2006. The

government requests a setting on the second week of the docket; the defense does not object.

/s/ Robert E. Larsen
ROBERT E. LARSEN
United States Magistrate Judge

Kansas City, Missouri
March 8, 2006

cc: The Honorable Howard F. Sachs
 Mr. Stefan Hughes
 Mr. Rudolph Rhodes, IV
 Mr. Travis Poindexter
 Mr. Jeff Burkholder