IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 05-00309-01-CR-W-SOW |
| SHONDELL E. INGRAM, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE**

Pursuant to the order of the Court en banc of the United States District Court for the Western District of Missouri, a pretrial conference was held in the above-entitled cause before me on May 10, 2006. Defendant Shondell E. Ingram appeared in person and with appointed counsel Travis Poindexter. The United States of America appeared by Assistant United States Attorney Stefan Hughes.

## I. BACKGROUND

On August 30, 2005, an indictment was returned charging Defendant with being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

The following matters were discussed and action taken during the pretrial conference:

## II. TRIAL COUNSEL

Mr. Hughes announced that he will be the trial counsel for the government. The case agent to be seated at counsel table is Special Agent Chris Allen, ATF.

Mr. Poindexter announced that he will be the trial counsel for Defendant Ingram; Investigator Allen Bush will assist.

### III. OUTSTANDING MOTIONS

The following motions are currently pending: (1) Defendant Ingram's Motion in Limine (Doc. No. 29), filed 03/07/06; and (2) Defendant Ingram's Motion for Order for Revocation of Magistrate's Order of Detention (Doc. No. 55), filed 05/03/06.

### IV. TRIAL WITNESSES

Mr. Hughes announced that the government intends to call fourteen witnesses without stipulations, or twelve witnesses with stipulations during the trial.

Mr. Poindexter announced that Defendant Ingram does not intend to call any witnesses during the trial. Defendant Ingram may testify.

### V. TRIAL EXHIBITS

Mr. Hughes announced that the government will offer approximately thirteen exhibits in evidence during the trial.

Mr. Poindexter announced that Defendant Ingram will offer approximately ten exhibits in evidence during the trial.

### VI. DEFENSES

Mr. Poindexter announced that Defendant Ingram will rely on the defense of general denial.

2

## VII. POSSIBLE DISPOSITION

Mr. Poindexter stated this case is definitely for trial.

## VIII. STIPULATIONS

Stipulations are likely as to Defendant's prior felony conviction and the firearm's interstate commerce nexus.

## IX. TRIAL TIME

Counsel were in agreement that this case will take two days to try.

## X. EXHIBIT LIST, VOIR DIRE AND INSTRUCTIONS

The U. S. Magistrate Judge ordered:

That, in addition to the requirements of the Stipulations and Orders filed September 16, 2005, counsel for each party file and serve a list of exhibits he intends to offer in evidence at the trial of this case on the form entitled Exhibit Index and have all available exhibits premarked using the stickers provided by the Clerk of Court by **Friday, May 12, 2006**;

That counsel for each party file and serve requested jury voir dire examination questions by or before noon, **Wednesday, May 17, 2006**;

That counsel for each party file and serve, in accordance with the requirements of Local Rule 51.1, requested jury instructions by or before noon, **Wednesday, May 17, 2006**. Counsel are requested to provide proposed jury instructions in both hard copy form, as required by Local Rule 51.1, and, if available to counsel, 3 and 1/2 inch computer disk in a form compatible with WordPerfect 9.0, 10.0, or 11.0.

## XI. UNUSUAL QUESTIONS OF LAW

Motions in limine will probably be filed concerning propensity evidence, prior convictions and other similar acts.

There are no unusual questions of law.

## XII. TRIAL SETTING

All counsel and Defendant were informed that this case will be listed for trial on the joint criminal jury trial docket which commences on May 22, 2006. The parties ask for the first week of the trial docket because the Federal Public Defender has a conference scheduled for the second week of the docket.

                                            /s/ *Robert E. Larsen*
                                            ROBERT E. LARSEN
                                            United States Magistrate Judge

Kansas City, Missouri
May 10, 2006

cc:    The Honorable Scott O. Wright
        Mr. Stefan Hughes
        Mr. Travis Poindexter
        Mr. Jeff Burkholder